Argued April 24, affirmed May 1, reconsideration denied June 7, petition for review denied July 6, 1978

STATE OF OREGON, *Respondent,*

*v.*

DOUGLAS A. ETCHISON, *Appellant.*

(No. 77-28879-T, CA 10061)

577 P2d 545

Bruce D. Smith, Ashland, argued the cause and filed the brief for appellant.

James C. Rhodes, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, Al J. Laue, Solicitor General, and William F. Nessly, Jr., Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *State v. Smith,* 31 Or App 321, 570 P2d 409 (1977); *State v. Brown,* 5 Or App 412, 485 P2d 444 (1971).